# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| B&B Alexandria Corporate Park ) | |
| TIC 34, LLC, ) | Case No. 15-13290-BFK |
| ) | |
| Debtor ) | |
| ) | |
| _____) | |

## ORDER DENYING MOTION TO IMPOSE STAY

This matter came before the Court, for hearing, on October 9, 2015, on the motion of the Debtor to impose stay.

And the Court having held the Hearing and having considered the arguments of counsel for DC Fund and counsel for Debtor, the exhibits of DC Fund and the exhibits of Debtor, the proffers of testimony of Kenneth J. Welch, Patrick Welch and Evan Gentry; and having considered the pleadings and the record in this case, the case of B&B Alexandria Corporate Park TIC 17, LLC (Case No. 14-12434-BFK) and the case of B&B Alexandria Corporate Park TIC 10, LLC (Case No. 15-12361-BFK). For the reasons stated in open court;

NOW, THEREFORE, it is hereby

**ORDERED**, the Motion to Impose Stay is denied.

.

Date: Oct 28 2015                                    /s/ Brian F. Kenney
                                                     Brian J. Kenney
                                                     United States Bankruptcy Judge


                                                     Entered on Docket: October 28, 2015


PREPARED BY:

SEEN AND OBJECTED TO:


____/s./ Todd Lewis_____
Todd Lewis, Esq. (VSB No. 73732)
The Lewis Law Group, P.C.
2200 Wilson Blvd., Suite 102-50
Arlington, VA 22201
Telephone: +1-855-550-9898
Fax: +1-855-680-0888
Email: *toddlewis@tllgpc.com*
*Counsel to Debtor B&B Alexandria Corporate Park TIC 34, LLC*



SEEN AND AGREED TO:

____/s./Mary Joanne Dowd_____
Jackson D. Toof, Esq. (VSB No. 48842)
Daniel J. Kirsch, Esq. (VSB No. 28799)
Mary Joanne Dowd, Esq. *(pro hac Vice)*
ARENT FOX LLP
1717 K Street NW
Washington DC 20006
Telephone: (202) 857-6000
Fax: (202) 857-6395
Email: *jackson.toof@arentfox.com*
*daniel. kirsch@arentfox.com*
*mary.dowd@arentfox.com*
*Counsel to DC* 12-13 *Fund, LLC*

## Local Bankruptcy Rule 9022-1(C) Certification

I hereby certify that the foregoing has either been endorsed by and/or served upon all necessary parties.

/s/ Todd Lewis
Todd Lewis


Copies to:

Office of the U.S. Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

B&B Alexandria Corporate Park Management, LLC
B&B Realty Investments, LLC
6917 Arlington Road, Suite 203
Bethesda, MD 20814
Attn: Richard W Brown
David H. Bralove
Jill Holmes